CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 21 2014

JULIA C. ---, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM J. BUTLER,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:14-cv-00104 |
| v. | ) ) | **MEMORANDUM OPINION** |
| COMMONWEALTH OF VIRGINIA,<br>    Defendant. | ) ) ) | By:  Hon. James C. Turk<br>       Senior United States District Judge |

William J. Butler, a Virginia inmate proceeding pro se, filed a motion to vacate a void state-court criminal judgment because the Commonwealth of Virginia, as an "illegal vigilante state government," lacked subject matter jurisdiction to prosecute him. The court construed the motion as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and conditionally filed the action. Butler thereafter objected to the court's construction as a § 2254 habeas petition. Accordingly, the court treats the motion to vacate as Butler requests and dismisses it without prejudice because the court lacks jurisdiction to review his state-court criminal judgment via the motion to vacate.[1]

ENTER: This 18th day of April, 2014.

*Senior United States District Judge*

---

[1] Consequently, the Clerk shall update the nature of suit.