CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 21 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM J. BUTLER, | ) | Civil Action No. 7:14-cv-00104 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | By: Hon. James C. Turk |
|    Defendant. | ) |     Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Clerk **SHALL** update the nature of suit from 530 to 540; Butler's motion to vacate is **DISMISSED** without prejudice for lack of jurisdiction; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Butler.

ENTER: This 18th day of April, 2014.

/s/ James C. Turk
Senior United States District Judge